IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:24-cr-043 |
| v. ) | |
| ) | GOVERNMENT'S |
| JEFFREY ALAN GUENTERT, ) | SENTENCING MEMORANDUM |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America, by its undersigned counsel, and provides the following memorandum for the sentencing in this matter, set for July 15, 2025, at 2:30 PM.

## I.     PROCEDURAL BACKGROUND

Defendant plead guilty to Count 1, Receipt of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1). Presentence Investigation Report, ECF No. 44, ¶ 1, 3 (hereinafter "PSR"). Pursuant to the parties' plea agreement, the Government agrees to dismiss Count 2 at the time of sentencing. *Id.* ¶ 4.

There are no outstanding objections to the PSR. The Government does not anticipate presenting additional evidence or witnesses at sentencing.

## II.     SENTENCING CALCULATION

### A.     Statutory Maximum and Minimum Sentence

Based on Defendant's plea of guilty to Count 1, Defendant is subject to a mandatory minimum sentence of 5 years in prison with a maximum of 20 years imprisonment, supervised release of at least 5 year and up to life, and a fine of up to $250,000, in addition to a $100 special assessment. The Court may also assess an

amount of $5,000 per count under the Justice for Victims of Trafficking Act of 2015, if defendant is found to be non-indigent, and up to $35,000 under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018. *Id.* ¶¶ 103, 108, 111 – 113.

    **B.**    <u>**Sentencing Guidelines Calculation**</u>

The PSR calculates the advisory guidelines range in this case as follows:

| | |
|---|---|
| USSG §2G2.2(a)(2) (base): | 22 |
| USSG §2G2.2(b)(2) (under 12 years old enhancement) | +2 |
| USSG §2G2.2(b)(4)(B) (infant/toddler enhancement) | +4 |
| USSG §2G2.2(b)(6) (computer enhancement) | +2 |
| USSG §2G2.2(b)(7)(B) (600+ images enhancement) | +5 |
| USSG §3C1.1 (adjustment for obstruction of justice) | +2 |
| Adjusted Offense Level: | 37 |
| <u>USSG §3E1.1 (acceptance of responsibility):</u> | <u>−3</u> |
| Total Offense Level: | 34 |
| Criminal History Category | I |
| Guideline Sentencing Range: | 151-188 months |

    **C.**    <u>**Restitution Proposal**</u>

Based upon the number of images and/or videos found in Defendant's possession from each victim series, both Defendant and the Government offer the Court the following proposed restitution resolution:

| Series Name | # of Image Files | # of Video Files | Restitution Requested | Restitution Proposed |
|---|---|---|---|---|
| Masha River | 1 | 0 | $3,000 | $3,000 |
| Lighthouse1 | 1 | 3 | $10,000 | $5,000 |
| Sweet White Sugar | 3 | 6 | $7,500 | $7,000 |
| Aprilblonde | 84 | 3 | $10,000 | $10,000 |
| Angela | 1 | 0 | $10,000 | $3,000 |
| 2crazygurls | 0 | 3 | $10,000 | $5,000 |
| JBN Flowers1 | 22 | 1 | $10,000 | $5,000 |
| JBN Flowers2 | 13 | 0 | $10,000 | $5,000 |
| Mother Full 20121 | 1 | 2 | Unspecified | X |
| ZooFamily1 | 1 | 1 | $3,000 | $3,000 |
| BluesPink1 | 0 | 1 | $10,000 | $3,000 |
| Jenny | 1 | 8 | $10,000 | $7,000 |
| Teal&PinkPrincess2 | 0 | 1 | $10,000 | $3,000 |
| PinkHeartsSisters1 | 0 | 1 | $10,000 | $3,000 |
| Tara | 5 | 7 | $10,000 | $7,000 |
| Vicky | 0 | 22 | $10,000 | $10,000 |
| BEST NECKLACE | 1 | 1 | $10,000 | $3,000 |
| HG1 | 0 | 1 | $3,000 | $3,000 |
| Sparkling Velvet | 0 | 1 | $4,000 | $3,000 |
| Lexie | 4 | 0 | $3,000 | $3,000 |
| **TOTALS:** | | | **$153,500** | **$91,000** |

### III. SENTENCING FACTORS & GOVERNMENT'S RECOMMENDATION

The sentencing statutes inform this Court that it must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. § 3553(a)(2). The Court, in determining the particular sentence to be imposed, shall also consider the nature and circumstances of the offense and the

history and characteristics of the defendant. 18 U.S.C. § 3553(a)(1). The sentence must "avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

The Government will ask this Court to find a final advisory guideline range of Total Offense Level 34 and Criminal History Category I which yields a range of 151 to 188 months of imprisonment, with a minimum term of imprisonment of 60 months on Count 1. PSR ¶¶ 103-104.

As part of the instant offense, Det. Sgt. Benjamin Lord with the Johnson County Sheriff's Office discovered that Defendant, an employee at the Iowa City Public Library, has been downloading child pornography through BitTorrent while on the library's internet IP address. *Id.* ¶¶ 13-18. Defendant's residence was searched, and Defendant was found to be in possession of electronic 85 devices, one of which was actively downloading suspected child pornography from BitTorrent during the initiation of the search. *Id.* ¶¶ 19-21. Det. Sgt. Lord found another electronic device at Defendant's desk at the library. *Id.* ¶ 22. A few days later, Det. Sgt. Lord was informed that Defendant had contacted one of the library's employees in order to ask that employee to throw away a drive from Defendant's desk drawer. *Id.* ¶ 24. Det. Sgt. Lord retrieved that additional device, making the total devices collected 87. *Id.* ¶¶ 24, 26. Det. Sgt. Lord examined all of the devices and found that 44 electronic devices contained child pornography, including 5,430 images, 1,520 videos, some of which were multiple hours long, and content which depicted bestiality, infants being vaginally penetrated, children being bound, and very young

children having sex acts performed on them. *Id.* ¶¶ 26-28. NCMEC also identified 176 known victim series from Defendant's collection of child pornography images and videos. *Id.* ¶ 31.

Defendant's actions show that his desire to collect horrific child pornography was all consuming. He downloaded child pornography while at work at the library. He was downloading suspected child pornography when police came to his residence. He had dozens of electronic devices storing his vast collection, including gruesome content and videos of children being abused that ranged from over 5 minutes to two hours long. Under USSG § 2G2.2(b)(7), application note 6(B)(ii), "[i]f the length of the visual depiction is substantially more than 5 minutes, an upward departure may be warranted." Here, the Government identified seven videos in Defendant's collection that were more than five minutes. Therefore, based on that fact and the other aggravating factors regarding Defendant's case, the Government believes a sentence at the top of the guidelines will serve the goal of protecting the community, including children, from Defendant. Therefore, the Government recommends a sentence of 188 months, followed by five years of supervised release.

WHEREFORE, the Government requests the Court consider this sentencing memorandum in determining the final sentence of Defendant.

                                              Respectfully submitted,

                                              Richard D. Westphal
                                              United States Attorney

                                      By: */s/Kaitlyn Macaulay*
                                              Kaitlyn R. Macaulay

Assistant United States Attorney
United States Courthouse
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Kaitlyn.Macaulay@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing      ____Other means

UNITED STATES ATTORNEY

By: _/s/ Victoria Dhanens_____
    Fact Witness Coordinator/Paralegal